## PENCE v KETTERING

Ohio Appeals, 5th Dist, Ashland Co

No 227. Decided Oct 21, 1933

For full opinion see 39 OLR 297.